UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 11 B 44726 |
|---|---|
| Precious Hill | |
| Debtor(s) | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/02/2011.

2) The plan was confirmed on 02/09/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/21/2013, 09/26/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 04/08/2014.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,323.18 |
| Less amount refunded to debtor | $104.00 |
| **NET RECEIPTS:** | **$17,219.18** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,507.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $779.89 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,286.89** |

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advance America | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Affinity Credit Services | Unsecured | 500.00 | 150.00 | 150.00 | 7.82 | 0.00 |
| AFNI | Unsecured | NA | 733.77 | 733.77 | 38.22 | 0.00 |
| AFNI | Unsecured | NA | 445.80 | 445.80 | 23.22 | 0.00 |
| AFNI | Unsecured | 90.00 | 111.12 | 111.12 | 5.79 | 0.00 |
| All Credit Lenders | Unsecured | 200.00 | 1,000.00 | 1,000.00 | 52.09 | 0.00 |
| Alverno Clinical Labs | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| American Collection Corp | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 345.00 | 423.47 | 423.47 | 22.06 | 0.00 |
| American InfoSource LP | Unsecured | 500.00 | 383.65 | 383.65 | 19.98 | 0.00 |
| Barnes Auto | Unsecured | 3,500.00 | 3,466.00 | 3,466.00 | 180.54 | 0.00 |
| Beneficial National Bank | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| Charter One Bank | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Chicago Imaging | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Citizens Bank | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 1,800.00 | 1,722.64 | 1,722.64 | 89.73 | 0.00 |
| CMRE Financial Svcs | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| Cook County Bureau Of Health Services | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 6,482.00 | 3,927.32 | 5,204.66 | 5,204.66 | 234.57 |
| Credit Management Co. | Unsecured | 905.00 | NA | NA | 0.00 | 0.00 |
| Creditors Collection Bur | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Genesis Financial Svcs DBA USA Webca: | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Guaranty Bank | Unsecured | 850.00 | 771.36 | 771.36 | 40.18 | 0.00 |
| Harvard Collection Services In | Unsecured | 1,531.00 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Heritage Acceptance Corp | Unsecured | 7,200.00 | 7,203.58 | 7,203.58 | 375.23 | 0.00 |
| Horizon Emergency Physicians | Unsecured | 387.00 | NA | NA | 0.00 | 0.00 |
| HSBC Taxpayer Financial Services | Unsecured | 2,654.00 | 2,654.10 | 2,654.10 | 138.26 | 0.00 |
| I C Systems Inc | Unsecured | 713.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois Dept Of Employment Security | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 415.00 | 477.84 | 477.84 | 24.89 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 175.00 | 201.66 | 201.66 | 201.66 | 0.00 |
| Internal Revenue Service | Priority | 4,130.00 | 4,997.82 | 4,997.82 | 4,997.82 | 0.00 |
| Internal Revenue Service | Unsecured | 5,955.00 | 6,848.75 | 6,848.75 | 356.75 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 104.00 | 103.52 | 103.52 | 5.39 | 0.00 |
| John H Stroger Jr Hospital | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| Loretto Hospital | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| Munster Radiology Group | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| National City Bank | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| National Recovery Agency | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| Oak Park Clinical Pathologists | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 500.00 | 790.86 | 790.86 | 40.81 | 0.00 |
| PCC Community Wellness Center | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,000.00 | 976.95 | 976.95 | 50.89 | 0.00 |
| PFG Of Minnesota | Unsecured | 771.00 | NA | NA | 0.00 | 0.00 |
| PLS Financial Services Inc | Unsecured | 500.00 | 640.86 | 640.86 | 33.39 | 0.00 |
| Proactive Solution Skin Care | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| Richard P Komyatte & Assoc | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Sme Pathologists, Sc | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 500.00 | 417.27 | 417.27 | 21.73 | 0.00 |
| State Collection Service | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| Sun Cash | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| TRS Recovery Services Inc | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| TRS Services | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 252.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| USA Webcash | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Walinski & Associates PC | Unsecured | 14,519.00 | 14,717.28 | 14,717.28 | 766.61 | 0.00 |
| West Suburban Emergency Services | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| West Suburban Medical Center | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $5,204.66 | $5,204.66 | $234.57 |
| **TOTAL SECURED:** | **$5,204.66** | **$5,204.66** | **$234.57** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,199.48 | $5,199.48 | $0.00 |
| **TOTAL PRIORITY**: | **$5,199.48** | **$5,199.48** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$44,038.82** | **$2,293.58** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,286.89 |
| Disbursements to Creditors | $12,932.29 |
| **TOTAL DISBURSEMENTS** : | **$17,219.18** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/27/2014            By: /s/ Marilyn O. Marshall
                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**